UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:          Plaintiff Rodney B. Jones; Counsel of Record

FROM:      Judge Peter J. Messitte

RE:          *Jones v. FCA US LLC, et al.*  
             Civil No. PJM 23-1581

DATE:      August 6, 2024

\* \* \*

The Court has received Defendant FCA US LLC's second Motion to Dismiss for Failure to State a Claim (ECF No. 38) and Defendant Kody Domestic II, Inc.'s second Motion to Dismiss for Failure to State a Claim (ECF No. 36).

The Court acknowledges that deficiencies remain with respect to the Second Amended Complaint (ECF No. 35). Nonetheless, it appears that, properly pled, there may yet be a case to be made. Accordingly, the Court will give Plaintiff an opportunity to be heard at a Motions to Dismiss Hearing to be set for September 18, 2024, at 2:30 p.m.

The Court notes that Plaintiff has requested the opportunity to cure any inadequacies with respect to the Second Amended Complaint by retaining competent counsel. *See* ECF No. 40 at 4. The Court strongly suggests that Plaintiff consult an attorney promptly who may be in a position to supplement the Second Amended Complaint and/or appear on Plaintiff's behalf at the upcoming hearing on the Motions to Dismiss.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

                                                         /s/  
                                                         PETER J. MESSITTE  
                                                     UNITED STATES DISTRICT JUDGE

cc:         Court File